# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARK MEEHAN and CHRISTINE MEEHAN,

          Plaintiffs,

-vs-                        Case No. 6:10-cv-1396-Orl-31KRS

PARK SQUARE ENTERPRISES, LLC,
d/b/a Park Square Homes,

          Defendant.

## ORDER

This matter comes before the Court on the Defendant's Amended Motion to Stay Proceedings and Compel Arbitration (Doc. 13). According to the allegations of the amended motion, the motion is unopposed. Accordingly, it is hereby

**ORDERED** that the Motion (Doc. 13) is **GRANTED**. All proceedings in this matter are hereby **STAYED**, and the parties shall proceed to arbitrate their dispute pursuant to the arbitration provisions of their Agreement for Sale and Purchase.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2010.

                                        GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party